IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 Proceeding |
| AUTO RANCH, LLC, | ) Case No. 314-08762 |
| d/b/a Family Campers | ) Randal S. Mashburn, Judge |
| | ) |
| Debtor-in-possession. | ) |
| | ) |

## EXPEDITED MOTION FOR AUTHORITY TO SELL ASSETS AT AUCTION

Comes the Debtor, through counsel, and respectfully moves this Honorable Court to grant it the authority to sell, via online auction, all assets of the above-referenced Bankruptcy estate and, further, requests an expedited hearing thereon. In support, the following shall be shown unto the Court:

1) ***RELIEF REQUESTED*** - The Debtor wishes to sell, via online auction, all remaining personal property assets of the above-referenced Bankruptcy estate pursuant to the terms and conditions set forth in the attached Auction Proposal. The Debtor operated Family Campers in Lebanon, Tennessee, a business that sold and repaired RVs and campers. The business closed in March and all floor planned inventory has already been repossessed by creditors.

The proposed auction is being held to sell all remaining inventory, parts and equipment at 101 Southside Park Drive, Lebanon, Tennessee. The auction shall dispose of all assets other than the DIP bank account and the potential proceeds from the ongoing lawsuit filed by the Debtor in Wilson County Circuit Court. The personal property is encumbered by blanket liens given to GE Commercial Distribution Financing Company, Wilson Bank and Trust and TCF Inventory Finance, Inc. There is no equity in the personal property, as the value of the property does not exceed the amounts owed on the debts to the secured creditors. Debtor is filing this Motion with the understanding that each secured creditor will need to consent to the proposed auction. Debtor believes that the auction will produce the best possible sales price for the remaining assets.

Notice of the proposed sale is given pursuant to Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure. The purchasers shall not be insiders as defined by Section 101(13) and Rule 2014 of the Bankruptcy Code. The sale shall be free and clear of the interests of any lien holder; however, said lien will attach to the proceeds of the sale in accordance with the law of priority of liens. Closing shall be upon approval of the sale by the United States Bankruptcy Court for the Middle District of Tennessee.

2) ***REASONS FOR URGENCY*** - The building that housed Family Campers is owned by Nowling Holdings, LLC, which is also involved in a related bankruptcy proceeding given case number 14-08764. Relief from the automatic stay and abandonment of the real property was granted through an order entered on April 15, 2015 [Docket #43]. The building is currently under contract and set to be sold. The Debtor has no ability to move or store the remaining assets at another location and the auction must occur quickly in order to ensure that the assets are sold for the highest possible price before the real property is sold. Bidding for the online auction is scheduled to commence on May 26, 2015. This Motion needs to be heard on an expedited basis to allow the auction to take place as scheduled and avoid a postponement of the sale.

3) ***PARTIES RECEIVING NOTICE*** - Notice of this Motion will be sent to Beth Roberts Derrick, Assistant United States Trustee, Holly N. Knight, Attorney for GE Commercial Distribution Financing Company, Gene L. Humphreys, Attorney for Wilson Bank and Trust, Brian Hockett and David W. Houston, IV, Attorneys for TCF Inventory Finance and all parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, on May 6, 2015. Notice of this Motion will be sent to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, on May 7, 2015.

4) ***PROPOSED HEARING DATE*** - The Debtor requests that this matter be heard on May 19, 2015, at 9:00 a.m., in Courtroom 1, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.

WHEREFORE, the Debtor prays for the entry of an Order granting the relief sought herein, and that it be entitled to such other and further relief as is just.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, Holly N. Knight, Attorney for GE Commercial Distribution Financing Company, Gene L. Humphreys, Attorney for Wilson Bank and Trust, Brian Hockett and David W. Houston, IV, Attorneys for TCF Inventory Finance, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 6th day of May, 2015.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 7th day of May, 2015.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

LOCATION OF PERSONAL PROPERTY, 101 SOUTHSIDE PARK DR., LEBANON, TN

## CONTENTS

- INTRODUCTION
- OBJECTIVES
- GENERAL PARAMETERS
- CRITICAL PATH
- PROPOSAL OPTION
- COMPANY INFORMATION

# Auction Proposal
# For
# Complete Liquidation of Family Campers
# Lebanon, Tennessee

April 30, 2015

Ronald Nowling
Family Campers
101 Southside Park Dr
Lebanon, TN 37090

Dear Mr. Nowling:

I am pleased to present this auction proposal for the complete liquidation of all remaining personal property owned by Auto Ranch, LLC located at 101 Southside Park Dr., in Lebanon, TN (the "Property") for your review and consideration. I appreciate you taking the time to meet me at the facility last week.

I have gathered sufficient information to produce the following auction proposal.

### Objectives

- To maximize the net proceeds from the sale of the Property.
- To provide a complete accounting of auction results.



**TOYOTA FORKLIFT**

# EXCELLENT COMMUNICATION THROUGHOUT THE PROCESS

A project manager oversees each auction we conduct. He or she will submit a written status report to you each Monday from the contract date until the auction settlement.

## General Parameters

1. As your exclusive agent, we will advertise and conduct an online auction of the Property that will conclude on June 4, 2015 or some other mutually agreeable date.

2. The Property will remain in its current location. We will manage the auction from this location.

3. We will photograph, describe, and catalog the property. Descriptions and photographs will be available to potential bidders at www.mclemoreauction.com.

4. The inspection will be open to the public. We will provide the staff required to manage the inspection.

5. We will provide the technology and accounting required to conduct an online auction of the property at www.mclemoreauction.com.

6. We will mail you payment within 14 days of the conclusion of the auction.

7. We will collect and remit all applicable state and local sales taxes.

8. We will accept payment by credit and debit cards at the auction.

9. We will sell the property to the highest bidders, regardless of price at absolute auction.

10. After the conclusion of the auction, we will schedule a time for purchasers to pickup the Property. We will provide the staff required to manage the pickup and removal process.

## Critical Path

**May 1, 2015**
Proposal Accepted

**May 7, 2015**
Motion to Employ McLemore Auction Company and Motion to Sell Submitted to Bankruptcy Court

**May 14, 2015**
Orders Entered by Bankruptcy Judge

**May 19, 2015**
Signs Installed

**May 26, 2015**
Advertising Commences
Bidding Opens at www.mclemoreauction.com

**June 3, 2015**
Scheduled Inspection Date

**June 4, 2015**
Auction Closes

**June 5, 2015**
Payment Deadline

**June 6, 2015**
Removal Deadline

**July 18, 2015**
Net Proceeds Mailed

## AN EFFECTIVE PLAN FROM BEGINNING TO END

The critical path is a working schedule for your auction project. Key deadlines are outlined in advance so we can gauge progress and allocate resources properly.



INVENTORY OF RV PARTS, ACCESSORIES AND SUPPLIES

# A LARGE AND LOYAL BUYER COMMUNITY

McLemore Auction Company, LLC has built the largest buyer community of any auctioneer in Middle Tennessee. More than 14,500 buyers receive the "This Week at McLemore Auction" email newsletter every Tuesday and approximately 35,000 unique individuals visit mclemoreauction.com each month.



STORAGE TRAILERS

## Proposal Option

In exchange for our efforts we will receive:

1. Ten percent (10%) of gross proceeds for vehicles–including cars, trucks, trailers, all-terrain vehicles, boats, aircraft, farm machinery and implements, and earth moving equipment; and

2. Twenty-five percent (25%) of the first $40,000 of gross proceeds for other personal property and fifteen percent (15%) thereafter; and

3. A reimbursement for the actual costs of credit card processing for the auction.

This proposal is provided for your consideration and acceptance at or before 5:00 pm on May 7, 2015 after which time it may become necessary to postpone the proposed auction closing date.

Thank you for the opportunity to submit this proposal. I look forward to working for you.

Sincerely yours,

*Will McLemore*

Will McLemore
President

MCLEMORE AUCTION COMPANY, LLC - WWW.MCLEMOREAUCTION.COM - (615) 517-7675 - 470 WOODYCREST AVE, NASHVILLE, TN 37210
PAGE 4

Case 3:14-bk-08762 Doc 120 Filed 05/06/15 Entered 05/06/15 17:20:30 Desc Main
Document Page 7 of 12



www.mclemoreauction.com

**McLemore Auction Company, LLC** is headquartered in Nashville, TN. Since it was founded in 2006, the company has sold real estate and personal property in throughout the Southeastern United States.

Recent real estate auction highlights include the disposition of more than 50 lots in the Village at Grandfather near Linville, NC for $1.1 million, the sale of an 820 acre cotton farm in Cowan, TN for $2.7 million and the complete liquidation of the Canyon West Golf Course and Mickle's Valley View Ranch in Weatherford, TX for $4.8 million.

Since 2006, McLemore Auction Company, LLC has conducted more than 500 personal property auctions.



**Will McLemore, CAI**

**President of McLemore Auction Company, LLC**

A native of Nashville, Mr. McLemore holds a BA from Yale University in New Haven, CT.

He began his career in the auction business in the contemporary art department of a major international auction house based in New York. He went on to work for one of the largest real estate auction firms in the United States and for the largest industrial auctioneer in the world.

In 2006, Mr. McLemore founded McLemore Auction Company, LLC and opened its Nashville headquarters. He has sold more than $75 million of real estate and personal property at auction.

Mr. McLemore is currently Chairman of the National Auctioneers Association Education Institute and serves on on the Board of Directors of the National Auctioneers Association. He is a past President of the Middle Tennessee Auctioneers Group and is a member of the Greater Nashville Association of Realtors.

Mr. McLemore received the prestigious Certified Auctioneers' Institute (CAI) designation from the National Auctioneers Association Education Institute, in 2003.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:14-bk-08762<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon May  4 16:31:37 CDT 2015 | Auto Ranch, LLC<br>101 Southside Park Drive<br>Lebanon, TN 37090-8847 | GE Commercial Distribution Finance Corporati<br>Knight Law Firm<br>102 Woodmont Boulevard<br>Suite 200<br>Nashville, TN 37205-2216 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3944 | AIA Services, LLC<br>8148 Solutions Center<br>Chicago IL 60677-8001 |
| AMERICAN EXPRESS<br>PO BOX 360002<br>FT LAUDERDALE FL 33336-0002 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amerigas<br>926 Carthage Hwy<br>Lebanon TN 37087-4613 |
| BANK OF AMERICA<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | Bio-Kleen Products, Inc<br>810 Lake Street<br>Kalamazoo MI 49001-3045 | CBS Outdoor<br>PO Box 33074<br>Newark NJ 07188-0074 |
| Car Quest Auto Parts Stores<br>PO Box 404875<br>Atlanta GA 30384-4875 | Cornerstone Information Systems, Inc<br>800 South Main St<br>Hopkinsville KY 42240-2112 | Dominion Web Solutions<br>PO Box 3096<br>Norfolk VA 23514-3096 |
| Emerald Body Shop Supplies<br>617 East Main St<br>Lebanon TN 37087-2874 | Everlogic<br>6620 Southpoint Dr S<br>Ste  505<br>Jacksonville FL 32216-0963 | Forest River, Inc.<br>21815 Network Pl<br>Chicago IL 60673-1218 |
| GE Capital Solutions<br>2625 South Plaza Dr<br>Tempe AZ 85282-3375 | Gallatin Fire Extinguisher, Inc<br>PO Box 103<br>Gallatin TN 37066-0103 | Interstate Batteries<br>3729 Hwy 109 S<br>Lebanon TN 37087 |
| Jayco Service Parts<br>PO Box 460<br>Middlebury IN 46540-0460 | Jeanette Eakins, individually and as represe<br>6110 Whimbrelwood Drive<br>Lithia, FL 33547-4100 | Lawson Products<br>PO Box 809401<br>Chicago IL 60680-9401 |
| Lightning RV Supply<br>PO Box 448<br>Thonotosassa FL 33592-0448 | Mountain Valley Water<br>24 Industrial Park Dr<br>Hendersonville TN 37075-2825 | NTP DISTRIBUTION INC<br>THE COMMERCIAL AGENCY<br>C/O NTP DISTRIBUTION INC<br>POB 23909<br>PORTLAND OR 97281-3909 |
| NTP Distribution<br>27150 SW Kinsman Rd<br>Wilsonville OR 97070-8246 | Napa Auto Parts of Lebanon<br>1430 W Main St<br>Lebanon TN 37087-1323 | Navistar RV, LLC<br>PO Box 465<br>Wakarusa IN 46573-0465 |

| | | |
|---|---|---|
| Nowling Holdings, LLC<br>1714 Blairmont Drive<br>Lebanon TN 37087-3041 | OUTFRONT Media LLC fka CBS Outdoor<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Pac-Van, Inc<br>75 Remittance Dr<br>Ste 3300<br>Chicago IL 60675-3300 |
| Recreational Web Services<br>PO Box 358<br>Sussex WI 53089-0358 | Republic Services<br>PO Box 9001099<br>Louisville KY 40290-1099 | Ronald & Gail Nowling<br>1714 Blairmont Drive<br>Lebanon TN 37087-3041 |
| Royce A. Belcher, CPA<br>420 W Main St<br>Lebanon TN 37087-3502 | Safety-Kleen Systems, Inc<br>PO Box 650509<br>Dallas TX 75265-0509 | Skyline<br>PO Box 217<br>Bristol IN 46507-0217 |
| TCF Inventory Finance, Inc.<br>1475 East Woodfield Rd<br>Ste 1100<br>Schaumburg IL 60173-5616 | TN DEPT OF REVENUE<br>POB 190665<br>NASHVILLE TN 37219-0665 | TN Dept. of Revenue<br>c/o Office of Attorney General<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| The Angler Magazine of Mid TN<br>2441-Q Old Fort Pkwy<br>#341<br>Murfreesboro TN 37128-4162 | The Lamar Companies<br>PO Box 96030<br>Baton Rouge LA 70896-9030 | Trailer Depot<br>901 Cainsville Rd<br>Lebanon TN 37087 |
| US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Unifirst Corp<br>813 Massman Dr<br>Nashville TN 37210-3701 | WILSON BANK & TRUST<br>PO BOX 768<br>LEBANON, TN 37088-0768 |
| WILSON BANK AND TRUST<br>C/O GENE L HUMPHREYS<br>BASS BERRY & SIMS<br>150 3RD AVE S STE 2800<br>NASHVILLE TN 37201-2017 | BRAD SOLDWEDEL<br>Individually and d/b/a Dunlap RV Centers<br>684 Leather Gap Road<br>Dunlap, TN 37327 | GREG NOWLIN<br>1722 Blairmont Drive<br>Lebanon, TN 37087-3041 |
| STEVEN L. LEFKOVITZ +<br>LAW OFFICES LEFKOVITZ & LEFKOVITZ<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)TCF Inventory Finance, Inc. | (u)WILSON BANK AND TRUST | (u)Open Range RV |

(d)Jeanette Eakins, individually and as repre
6110 Whimbrelwood Drive
Lithia, FL 33547-4100

End of Label Matrix
Mailable recipients   51
Bypassed recipients    4
Total                 55